Bermudez et ux., Appellants, *v.* Phila.
Transportation Company.

Argued March 27, 1974. *Arthur
L. Gutkin,* with him *Berkowitz and Gutkin,* for appellants; *Norman M. Hegge, Jr.,* with him *Emil F. Toften,
Joseph F. Keener, Jr.,* and *Lewis H. VanDusen, Jr.,*
for appellee.
Judgment affirmed.
JACOBS, J., did not participate in the consideration
or decision of this case.

Bratcher, Appellant, *v.* Hawkins et al.
Bratcher *v.* Hawkins et al., Appellants.

Argued March 22, 1974. *Malcolm
H. Waldron, Jr.,* with him *Barry J. Goldstein,* for appellant at No. 1254; *Edward K. Nichols, Jr.,* with him
*Nichols and Nichols,* for appellants at No. 1346; *Edward K. Nichols, Jr.,* with him *Nichols and Nichols,*
for appellees at No. 1254; *Malcolm H. Waldron, Jr.,*
with him *Barry J. Goldstein,* for appellee at No. 1346.
Order affirmed.